# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2007

134097 & (49)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOE HERMAN, SUE HERMAN, JAY JOLLAY,
SARAH JOLLAY, JERRY JOLLAY, NEAL
KREITNER, TONY PETERSON, LIZ
PETERSON, RANDY BJORGE, ANNETTE
BJORGE, and TINA BUCK,
          Plaintiffs-Appellants,

v

COUNTY OF BERRIEN,
          Defendant-Appellee.

SC: 134097
COA: 273021
Berrien CC: 2005-003247-CZ

_____/

      On order of the Court, the application for leave to appeal the April 26, 2007 judgment of the Court of Appeals is considered, and it is GRANTED. The motion to file brief amicus curiae is GRANTED.

      The Clerk of the Court is directed to place this case on the March 2008 session calendar for argument and submission. Appellants' brief and appendix must be filed no later than January 14, 2008, and appellee's brief and appendix, if appellee chooses to submit an appendix, must be filed no later than February 7, 2008.

      Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae, with such briefs to be filed no later than February 21, 2008.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2007

_____
Clerk

p1128